UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM METCALF | : | CIVIL ACTION NO. |
| | : | 3:15-CV-01696-VAB |
| PLAINTIFF | : | |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
| DEFENDANTS | : | DECEMBER 9, 2015 |
| | : | |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the defendant hereby moves for a thirty day extension of time, up to and including January 11, 2016, within which to answer or otherwise respond to the plaintiff's complaint. Defense counsel needs this additional time to investigate the allegations contained in the plaintiff's complaint and prepare a proper response. Plaintiff's counsel consents to the granting of this motion.

WHEREFORE, the defendant, with consent of the plaintiff, respectfully requests that the Court grant this Motion for Extension of Time.

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK  •  741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL:  (203) 458-9168  •  FAX:  (203) 458-4424
JURIS NO. 415438

                    DEFENDANT
                    YALE UNIVERSITY

      By:          /s/
           PATRICK M. NOONAN – CT00189
           DONAHUE, DURHAM & NOONAN, P.C.
           Concept Park
           741 Boston Post Road, Suite 306
           Guilford, CT  06437
           Telephone:  (203) 458-9168
           Fax:  (203) 458-4424
           Email:  pnoonan@ddnctlaw.com

## **CERTIFICATION**

     I hereby certify that, on the above-written date, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                              /s/
                                         Patrick M. Noonan