UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| | : | |
| WILLIAM METCALF | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 3:15-CV-01696-VAB |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| DEFENDANTS | : | January 11, 2016 |
| | : | |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the defendant hereby moves for a thirty day extension of time, up to and including February 10, 2016, within which to answer or otherwise respond to the plaintiff's complaint.  Defense counsel needs additional time to research the facts and law necessary to finalize a proper response to the complaint.  Plaintiff's counsel has indicated that he objects to this extension of time. This is the second such request for an extension of time.

WHEREFORE, the defendant respectfully requests that the Court grant this Motion for Extension of Time.

THE DEFENDANT
YALE UNIVERSITY

By:_____/s/_____
PATRICK M. NOONAN – CT00189
DONAHUE, DURHAM & NOONAN, P.C.
741 Boston Post Road, Suite 306
Guilford, CT  06437
Telephone:  (203) 458-9168
Fax:  (203) 458-4424
Email:  pnoonan@ddnctlaw.com

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK  •  741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL:  (203) 458-9168  •  FAX:  (203) 458-4424
JURIS NO. 415438

## **CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

_____/s/_____
Patrick M. Noonan
