UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM METCALF | : | CIVIL ACTION NO. |
| | : | 3:15-CV-01696-VAB |
| PLAINTIFF | : | |
| v. | : | |
| YALE UNIVERSITY, ET AL | : | March 11, 2016 |
| DEFENDANTS | : | |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Local Rule 7(b), the defendant, Yale University, hereby moves for an extension of time of an additional thirty (30) days, up to and including April 11, 2016, within which to answer to plaintiff's discovery requests dated February 10, 2016. The reason for this request is that it will take defendant's employees substantial time to assemble the information requested by the plaintiff, and it is anticipated that the defendant will not be able to assemble that information within the time permitted by the Federal Rules for a response. Plaintiff's counsel has indicated that he has no objection to the granting of this motion. This is the defendant's first request for an extension of time.

THE DEFENDANT, YALE UNIVERSITY

By: /s/
PATRICK M. NOONAN – CT00189
DONAHUE, DURHAM & NOONAN, P.C.
741 Boston Post Road, Suite 306
Guilford, CT 06437
Telephone: (203) 458-9168
Fax: (203) 458-4424
Email: pnoonan@ddnctlaw.com

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168 • FAX: (203) 458-4424
JURIS NO. 415438

## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                   /s/
                                       Patrick M. Noonan